IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Michael D. Naughton, as Trustee of the Brian
Naughton Insurance Trust No. 1,

    Plaintiff,

vs.            Case No. 06-1183-JTM

Diner Concepts, Inc., *et al.*,

    Defendants.

MEMORANDUM AND ORDER

Pursuant to the mandate of the United States Court of Appeals for the 10th Circuit in Case No. 09-3019, the court hereby amends the amount awarded to plaintiff to $697,166.80.

IT IS SO ORDERED this 31st day of August, 2010.

                                              s/ J. Thomas Marten_____
                                              J. THOMAS MARTEN, JUDGE